IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 3:20-MJ-00562 |
| DANIELLE BROOKE BOCANEGRA | § § § | |

## ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as retained counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the Defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated: June 12, 2020

MICHAEL F. WHITE, Attorney for Defendant
DANIELLE BROOKE BOCANEGRA
Texas Bar Number: 00785231
100 Kasberg Drive, Suite A
Temple, Texas 76502
Email Address: lawyer@michaelfwhite.com
Telephone: (254)770-3388
Fax Number: (254)770-0883